UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    08 CV 1778 |
| v. | ) | |
| | ) | Judge Joan B. Gottschall |
| DEMETRIUS BARREN | ) | |

## ATTORNEY APPEARANCE

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/ Steven A. Block
        STEVEN A. BLOCK
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-7647

April 10, 2008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

## ATTORNEY APPEARANCE

was served on April 11, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers, if any, and by U.S. Mail to the following non-ECF filer.


Demetrius Barren
#14809-424
Lexington
P.O. Box 14500
Lexington, KY 40512


s/Steven A. Block
STEVEN A. BLOCK
Assistant United States Attorneys
219 South Dearborn
Chicago, Illinois  60604
(312) 886-7647