# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08-C-1778 | **DATE** | 4/18/2008 |
| **CASE TITLE** | United States vs. Demetrius Barren | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, the court directs the clerk to serve a copy of the § 2255 petition and this order on the government and directs the government to respond within 28 days.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

Although he was convicted in 2005, Demetrius Barren ("Barren") has timely filed a § 2255 petition in light of the dismissal of Barren's case by the Seventh Circuit on March 21, 2007. *See Clay v. United States*, 537 U.S. 522, 532 (2003) *(*"[F]or federal criminal defendants who do not file a petition for certiorari with [the Supreme Court] on direct review, § 2255's one year limitation period starts to run when the time for seeking such review expires," ordinarily 69 days later).

In his underlying criminal case (02-CR-752-1), Barren filed a motion for leave to determine if court has jurisdiction to consider a motion pursuant to 18 U.S.C. § 3742(f), 3582, or Rule 35 to correct his sentence. The government responded on February 8, 2008 and Barren subsequently withdrew his motion. One of the government's comments was that "[t]he only conceivable jurisdictional basis on which Barren could premise a motion to set aside or correct his sentence is Title 28, United States Code, Section 2255. But the argument which Barren seeks to raise cannot justify any relief under § 2255." Govt.'s Resp. to Def.'s Mot. at 3 (docket no. 205, case 02-CR-752). Barren has asserted similar, but not identical, claims to those dealt with in his appeal in his § 2255 petition because he newly alleges ineffective assistance of counsel. Therefore, the court orders the government to respond within 28 days.

Barren did not file a sufficient number of copies of his petition. The court nevertheless instructs the clerk to make copies and serve the government with a copy of the § 2255 petition and this order.

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|