UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | 08 CV 1778 |
| v. | ) | |
| | ) | Honorable Joan B. Gottschall |
| DEMETRIUS BARREN | ) | |
| | ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE TO SECTION 2255 PETITION**

Now comes the United States of America, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully requests a 30-day extension of time to submit its response to defendant Demetrius Barren's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. In support of this motion, the government states as follows:

1. On March 18, 2008, Demetrius Barren filed a motion under Title 28, United States Code, Section 2255. The motion seeks to modify the defendant's prison sentence and the amount of restitution the court ordered him to pay the victims of his mortgage fraud scheme.

2. On April 18, 2008, the Court ordered the government to respond to the petition within 28 days, or by May 16, 2008.

3. The undersigned Assistant United States Attorney was recently reassigned to this case after the government attorney at trial, Brian Havey, temporarily left the Office for an overseas detail. The record in this case is voluminous and includes over twenty boxes of documents that the government's new counsel must review in order to adequately respond to the defendant's petition.

4. Therefore, the government respectfully requests that the Court grant it a 30-day extension of time to respond to the section 2255 petition, up to and including June 16, 2008.

        Respectfully submitted,

        PATRICK J. FITZGERALD

        United States Attorney

By:  s/ Steven A. Block
      STEVEN A. BLOCK
      Assistant United States Attorney
      219 S. Dearborn Street, Suite 500
      Chicago, Illinois 60604
      (312) 886-7647

Dated: May 8, 2008