UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES ) | |
| ) | 08 CV 1778 |
| v. ) | |
| ) | Honorable Joan B. Gottschall |
| DEMETRIUS BARREN ) | |
| ) | |

## NOTICE OF MOTION

To:

Demetrius Barren
No. 14809-424
FMC Lexington
PO Box 14500
Lexington, KY 40512

PLEASE TAKE NOTICE that on May 15, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Joan B. Gottschall in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S SECTION 2255 PETITION** in the above-captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Steven A. Block
STEVEN A. BLOCK
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7647

### CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**NOTICE OF MOTION** and **GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S SECTION 2255 PETITION**

were served on May 8, 2008 in accordance with Fed. R. Crim. P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/Steven A. Block
STEVEN A. BLOCK
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 886-7647