UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES ) | |
| ) | 08 CV 1778 |
| v. ) | |
| ) | Honorable Joan B. Gottschall |
| DEMETRIUS BARREN ) | |
| ) | |

## NOTICE OF FILING

To:

Demetrius Barren
No. 14809-424
FMC Lexington
PO Box 14500
Lexington, KY 40512

　　　　PLEASE TAKE NOTICE that on June 16, 2008 I caused to be filed the attached Government's Response to Defendant's Section 2255 Petition, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　By:　　s/Steven A. Block
　　　　　　　　　　　　STEVEN A. BLOCK
　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　(312) 886-7647

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**Government's Response to Defendant's Section 2255 Petition**

was served on June 16, 2008 via United States Mail on:

Demetrius Barren
No. 14809-424
FMC Lexington
PO Box 14500
Lexington, KY 40512
.

                                                s/Steven A. Block
                                                STEVEN A. BLOCK
                                                Assistant United States Attorney
                                                219 South Dearborn Street
                                                Chicago, Illinois
                                                (312) 886-7647