UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEMETRIUS BARREN,

    Petitioner,

vs.

    Case No. 1:08-cv-01778

UNITED STATES OF AMERICA,

    Respondent.

---------------------------------/

## MOTION TO EXPEDITE PROCEEDINGS DUE TO EXCEPTIONAL CIRCUMSTANCES

COMES NOW, Petitioner Demetrius Barren, pro se who respectfully move this Honorable Court to Expedite his § 2255 proceedings due to the exceptional circumstances that currently exist with Petitioner.

### EXCEPTIONAL CIRCUMSTANCES

Petitioner is currently incarcerated at FMC Lexington. Since his incarceration Petitioner has taken it upon himself to enroll in the institutiona 500 Residential Drug Abuse Program, ("R-DAP"). As this Court may already be aware once an inmate successfully completes this program he will immediately be considered for up to one year early release from prison. In Petitioner's case here, he has successfully completed this program and has been cleared to receive an early release date

which for Petitioner Barren would be a date of September 9, 2008.

Petitioner seeks to have this Court Expedite his § 2255 proceedings because of this new date and his firm belief, based on the record, files and exhibit's that he is entitled to relief in the form of a reduction in his restitution amount and/or in his sentence. Petitioner's actions here comes out of his concern that if this Court takes the position that he is entitled to a sentence reduction that § 2255 will be of no service to him becuase he will already be released. However, being pro se Petitioner turns to this Court for its guidance on this matter. It may be that this Court could grant Petitioner relief and allow Petitioner to later file a motion to release him from the halfway house, which Petitioner is required to serve six months at the halfway house, or, this Court could allow any relief to be applied to a likely future request by Petitioner for modification of Supervised Release. In any case, Petitioner relies on this Court's wisdom in this matter.[1]

For the reasons set forth herein, Petitioner asks this Court to Expedite his proceedings in order that he may benefit from a possible favorable ruling from this Court for a reduction of his sentence.

---

[1] This request here primarily deals with the possiblity that Petitioner's sentence may be reduced, therefore, Petitioner is concerned with receiving any benefit of such reduction. However, the question of reducing his Restitution amount can be resolved through the normal docket proceedings and any relief from this Court reducing his Restitution amount would still benefit him after his September 9, 2008, release.

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the forgoing has been mailed first class Mail, postage pre-paid, to the U.S. Attorney's office for the Eastern District of Illinois, on this 11th, day of August, 2008.

Respectfully submitted,

*[signature]*

Mr. Demetrius Barren, Pro se